United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN Z. DUNLAP,

    Plaintiff,

    v.

BAY AREA RAPID TRANSIT,

    Defendant.

Case No.  25-cv-08643-JCS

**REPORT AND RECOMMENDATION RE DISMISSAL**

Plaintiff in this action is proceeding pro se. On November 11, 2025, the Court granted Plaintiff's application to proceed in forma pauperis. Dkt. no. 5. On the same date, the Court ordered that Plaintiff show cause why the Complaint should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) on the basis that it failed to state any viable claim and, to the extent that Plaintiff seeks to assert a claim as a relator under the federal False Claims Act, he must be represented by counsel to assert such a claim.  Dkt. no. 6. Plaintiff's response or amended complaint was due on December 10, 2025. Because the deadline has passed and Plaintiff has not filed a response or amended his complaint, this case shall be reassigned to a district judge with the recommendation that the complaint be dismissed with prejudice for the reasons set forth in its November 11, 2025 Order. If Plaintiff objects to this recommendation, he may file an objection within two weeks of the date on which he receives this Report & Recommendation.

    **IT IS SO ORDERED.**

Dated:  December 11, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge